UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARVIN E. WHITE,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

Civil No. 07-6155-HA

JUDGMENT

    Based on the record,

    IT IS ORDERED AND ADJUDGED that the final decision of the Commissioner denying the DIB application of plaintiff Marvin E. White is AFFIRMED.

    Dated this __25__ day of September, 2008.

                                         /s/ ANCER L. HAGGERTY
                                            ANCER L. HAGGERTY
                                    UNITED STATES DISTRICT JUDGE